IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:24-cv-348-RAH-JTA |
| ) | (WO) |
| THE WATER WORKS AND ) | |
| SANITARY SEWER BOARD OF THE ) | |
| CITY OF MONTGOMERY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

In light of the filing of the First Amended Complaint by the plaintiff (Doc. No. 21), it is

ORDERED that the pending motion to dismiss filed by Defendants The Water Works and Sanitary Sewer Board of the City of Montgomery, George Chapman, Hugh Cole, Greg Crawford, Richard Hanan, Scott Harris, William Henderson, Pam King, Bernice Robertson, Ray Roton, Charlene F. Wachs, and Mildred Worthy (Doc. No. 5) is DENIED as moot.

DONE this 31st day of December, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE