IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:24-cv-348-RAH |
| | ) |
| THE WATER WORKS AND, | ) |
| SANITARY SEWER BOARD OF | ) |
| THE CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On May 1, 2025, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 48.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

**ORDERED** and **ADJUDGED** as follows:

1. The Recommendation (doc. 48) is **ADOPTED**;

2. The Second Amended Complaint (doc. 43) is **DISMISSED with prejudice** for failure to comply with the Court's orders and Fed. R. Civ. P. 8(a);

3. This action is **DISMISSED with prejudice** for failure to comply with the Court's orders and Fed. R. Civ. P. 8(a)(2);

4. Plaintiff Gregory Kelly is **DECLARED** a vexatious litigant; and

5. As a consequence of Kelly's vexatious filing of shotgun pleadings, in the event Kelly files a shotgun complaint in the future, after appropriate review, the Court will summarily dismiss the pleading and the action without prejudice.

A separate judgment will be issued.

**DONE** and **ORDERED** on this the 21st day of May 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE